UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DENNIS J. DUPREE,

                Plaintiff,

- against -

LOCAL 32B-J. SERVICES EMPLOYEES
INTERNATIONAL UNION; DEL MAR
MANAGEMENT SERVICES, INC.; UHAB
STERLING STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                Defendants.
------------------------------------------------------------X

**ORDER**
10-CV-1894 (JG) (JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 04 2010 ★
BROOKLYN OFFICE

**ORENSTEIN, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

                                              /S/
                                    JAMES ORENSTEIN
                                    United States Magistrate Judge

May 4, 2001
Dated: Brooklyn, New York